COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California  94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
SEYYED ALI NOORI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-CR-00007-GEB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| SEYYED ALI NOORI, | |
| Defendant. | |

    This matter is currently set for a status conference on March 25, 2016 at 9:00 a.m.  The parties hereby stipulate to vacate that date and reset the hearing for May 27, 2016 at 9:00 a.m.  Defense counsel is requesting that the status conference be continued until May 27, 2016, because they need more time to review the discovery and discuss a possible resolution of the case with the government.

    The defendant and the government consent to the extension of time, and the parties represent that good cause exists for this extension, including the effective preparation of counsel.  The parties agree that the time between March 25, 2016 and May 27, 2016 should be excluded

under the Speedy Trial Act; *See* 18 U.S.C. §3161(h)(7)(B)(iv). The parties also agree that the ends of justice are served by granting an extension and that an exclusion of time outweighs the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(7)(A).

SO STIPULATED:    March 21, 2016

                                                                                                            /s/
COLIN L. COOPER
Attorney for SEYYED ALI NOORI


                                                                                                             /s/
TIMOTHY FLOWERS
Assistant United States Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-CR-00007-GEB |
| Plaintiff, | ORDER |
| vs. | |
| SEYYID ALI NOORI, | |
| Defendant. | |

For the reasons stated above, the Court sets Friday May 27, 2016, at the hour of 9:00 a.m. as the date for the status conference.  The court also finds that the exclusion of this period from the time limits applicable under 18 U.S.C. §3161 is warranted, and that the ends of justice served by the continuance outweigh the interests of the public and the defendant in a speedy trial for the periods from March 25, 2016 to May 27, 2016, *See* 18 U.S.C. §3161(h)(7)(A); and that the failure to grant the requested exclusion of time would deny counsel for the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  *See* 18 U.S.C. §3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

**Dated:  March 21, 2016**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3