COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
SETH MORRIS, SBN 244910
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
SEYYED ALI NOORI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 16-CR-00007-GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| vs. ) | |
| ) | |
| SEYYED ALI NOORI, et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

This matter is currently set for a status conference on December 9, 2016 at 9:00 a.m. The parties hereby stipulate to vacate that date and reset the hearing for February 17, 2017 at 9:00 a.m. Defense counsel is requesting that the status conference be continued until February 17, 2017, because they need more time to review the discovery and discuss a possible resolution of the case with the government.

The defendant and the government consent to the extension of time, and the parties represent that good cause exists for this extension, including the effective preparation of counsel. The parties agree that the time between December 9, 2016 and February 17, 2017 should be

1

excluded under the Speedy Trial Act; *See* 18 U.S.C. §3161(h)(7)(B)(iv). The parties also agree that the ends of justice are served by granting an extension and that an exclusion of time outweighs the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(7)(A).

SO STIPULATED: December 5, 2016

_____/s/_____
COLIN L. COOPER
Attorney for SEYYID NOORI


_____/s/_____
TIMOTHY FLOWERS
Assistant United States Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-CR-00007-GEB |
| Plaintiff, | ORDER |
| vs. | |
| SEYYID ALI NOORI, | |
| Defendant. | |

For the reasons stated above, the Court sets Friday February 17, 2017, at the hour of 9:00 a.m. as the date for the status conference.  The court also finds that the exclusion of this period from the time limits applicable under 18 U.S.C. §3161 is warranted, and that the ends of justice served by the continuance outweigh the interests of the public and the defendant in a speedy trial for the periods from December 9, 2016 to February 17, 2017, *See* 18 U.S.C. §3161(h)(7)(A); and that the failure to grant the requested exclusion of time would deny counsel for the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  *See* 18 U.S.C. §3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated:  December 6, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3