COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
SETH MORRIS, SBN 244910
COOPER LAW OFFICES
800 Jones Street
Berkeley, California  94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
SEYYED ALI NOORI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SEYYED ALI NOORI, et al.,<br><br>    Defendant. | Case No. 16-CR-00007-GEB<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

   This matter is currently set for a status conference on February 17, 2017 at 9:00 a.m.  The parties hereby stipulate to vacate that date and reset the hearing for Friday, April 21, 2017 at 9:00 a.m. Defense counsel is requesting that the status conference be continued until April 21, 2017, at 9:00 a.m. as counsel will be in Jury Trial in the Contra Costa County Superior court, in the case of People v. Daniel Porter-Kelley, case no. 5-162041-8, which is a no time waiver homicide case. Defense Counsel is also requesting that the status conference be continued as additional time is needed to review the discovery and discuss a possible resolution of this case with the Government.

The defendant and the government consent to the extension of time, and the parties represent that good cause exists for this extension, including the effective preparation of counsel. The parties agree that the time between February 17, 2017 and April 21, 2017 should be excluded under the Speedy Trial Act; *See* 18 U.S.C. §3161(h)(7)(B)(iv). The parties also agree that the ends of justice are served by granting an extension and that an exclusion of time outweighs the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(7)(A).

SO STIPULATED.

Dated: February 14, 2017                                  _____/s/_____
                                                          COLIN L. COOPER
                                                          Attorney for SEYYID NOORI


Dated: February 14, 2017                                  _____/s/_____
                                                          TIMOTHY FLOWERS
                                                          Assistant United States Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-CR-00007-GEB |
| Plaintiff, | ORDER |
| vs. | |
| SEYYID ALI NOORI, | |
| Defendant. | |

For the reasons stated above, the Court sets Friday April 21, 2017, at the hour of 9:00 a.m. as the date for the status conference.  The court also finds that the exclusion of this period from the time limits applicable under 18 U.S.C. §3161 is warranted, and that the ends of justice served by the continuance outweigh the interests of the public and the defendant in a speedy trial for the periods from February 17, 2017 to April 21, 2017, *See* 18 U.S.C. §3161(h)(7)(A); and that the failure to grant the requested exclusion of time would deny counsel for the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  *See* 18 U.S.C. §3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

**Dated:  February 14, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25