COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
SETH MORRIS, SBN 244910
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
SEYYED ALI NOORI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | Case No. 16-CR-00007-GEB |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO SET A JURY TRIAL DATE |
| vs. | ) ) | |
| SEYYED ALI NOORI, et al., | ) ) | |
| Defendant. | ) ) ) ) ) | |

This matter is currently set for a status conference on April 21, 2017 at 9:00 a.m. The parties hereby stipulate as follows:

     1.     By previous order, this matter was set for a status conference on April 21, 2017.

     2.     By this stipulation, the parties move to vacate that date and reset the above-entitled matter for a Jury Trial on October 31, 2017. The parties are also requesting that a Trial Confirmation hearing be set for September 29, 2017, at 9:00 a.m.

     3.     The parties agree and stipulate, and request that the Court find the following:

a)       The Government has provided discovery in the form of discs containing, among other things, reports, images, PDF documents, and recordings. All of this discovery has been either produced directly to counsel and/or, in the case of physical evidence, been made available for inspection and copying.

b)       Defense counsel is requesting the date of October 31, 2017 to begin Jury Trial as counsel will be in a Jury Trial in Contra Costa County Superior Court, in the case of People v. Daniel Porter-Kelley, case no. 5-162041-8, which is currently a no-time waiver homicide case. The trial in People v. Porter-Kelley is expected to begin in June 2017 and last approximately six weeks. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c)       The Defendant and the Government consent to the setting of trial to begin on October 31, 2017 and the parties represent that good cause exists for setting the trial on October 31, 2017. The parties agree that the time between April 21, 2017 and October 31, 2017 should be excluded under the Speedy Trial Act; *See* 18 U.S.C. §3161(h)(7)(B)(iv). The parties also agree that the ends of justice are served by granting an extension and that an exclusion of time outweighs the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(7)(A).


SO STIPULATED.

Dated: April 18, 2017

_____/s/_____
COLIN L. COOPER
Attorney for SEYYED ALI NOORI



Dated: April 18, 2017

_____/s/_____
TIMOTHY C. FLOWERS
Trial Attorney,
United States Department of Justice

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-CR-00007-GEB |
| Plaintiff, | ORDER |
| vs. | |
| SEYYED ALI NOORI, | |
| Defendant. | |

For the reasons stated above, the Court sets Friday, October 31, 2017, at the hour of 9:00 a.m. as the date for Jury Trial and Friday, September 29, 2017 for a Trial Confirmation hearing. The Court also finds that the exclusion of this period from the time limits applicable under 18 U.S.C. §3161 is warranted, and that the ends of justice served by setting the trial on October 31, 2017 outweighs the interests of the public and the defendant in a speedy trial for the periods from April 21, 2017 to October 31, 2017, *See* 18 U.S.C. §3161(h)(7)(A); and that the failure to grant the requested exclusion of time would deny counsel for the defendant the reasonable time necessary for effective preparation for jury trial and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. §3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated:  April 20, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge