COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
SETH MORRIS, SBN 244910
**COOPER LAW OFFICES**
800 Jones Street
Berkeley, California 94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
SEYYED ALI NOORI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-CR-00007-GEB |
| Plaintiff, | STIPULATION AND ORDER TO SET A JURY TRIAL DATE |
| vs. | |
| SEYYED ALI NOORI, et al., | |
| Defendant. | |

This matter is currently set for a Trial Confirmation Hearing on September 29, 2017 at 9:00 a.m. The parties hereby stipulate as follows:

1. By previous order, this matter was set for a Trial Confirmation Hearing on September 29, 2017, and a Jury Trial on October 31, 2017.

2. By this stipulation, the parties move to vacate that date and reset the above-entitled matter for a Jury Trial on April 24, 2018. The parties are also requesting that a Trial Confirmation hearing be set for March 30, 2018, at 9:00 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

a) The Government has provided discovery in the form of discs containing, among other things, reports, images, PDF documents, and recordings. All of this discovery has been either produced directly to counsel and/or, in the case of physical evidence, been made available for inspection and copying.

b) Defense counsel is requesting the date of April 24, 2018 to begin Jury Trial as counsel will be in a Jury Trial before this Honorable Court on October 31, 2017, in the case of <u>United States v. Surjit Singh et al., case no. 13-cr-0084-GEB</u>, which is expected to last approximately three weeks. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The Defendant and the Government consent to the setting of trial to begin on April 24, 2018, and the parties represent that good cause exists for setting the trial on April 24, 2018. The parties agree that the time between September 29, 2017 and April 24, 2018 should be excluded under the Speedy Trial Act, *see* 18 U.S.C. §3161(h)(7)(B)(iv). The parties also agree that the ends of justice are served by granting an extension and that an exclusion of time outweighs the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(7)(A).

SO STIPULATED.

Dated: September 26, 2017 _____/s/_____
COLIN L. COOPER
Attorney for SEYYED ALI NOORI

Dated: September 26, 2017 _____/s/_____
TIMOTHY C. FLOWERS
Trial Attorney,
United States Department of Justice

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SEYYED ALI NOORI,<br><br>    Defendant. | Case No. 16-CR-00007-GEB<br><br>ORDER |

For the reasons stated above, the Court sets Tuesday, April 24, 2018, at the hour of 9:00 a.m. as the date for Jury Trial and Friday, March 30, 2018 for a Trial Confirmation hearing. The Court also finds that the exclusion of this period from the time limits applicable under 18 U.S.C. §3161 is warranted, and that the ends of justice served by setting the trial on April 24, 2018 outweighs the interests of the public and the defendant in a speedy trial for the periods from September 29, 2017 to April 24, 2018, *see* 18 U.S.C. §3161(h)(7)(A); and that the failure to grant the requested exclusion of time would deny counsel for the defendant the reasonable time necessary for effective preparation for jury trial and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. §3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated: September 27, 2017

                                                                  GARLAND E. BURRELL, JR.
                                                                   Senior United States District Judge