COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
SETH MORRIS, SBN 244910
COOPER LAW OFFICES
800 Jones Street
Berkeley, CA 94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
SEYYED ALI NOORI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-CR-00007-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING |
| vs. | |
| SEYYED ALI NOORI, | |
| Defendant. | |

This matter is currently set for Judgment and Sentencing on June 15, 2018, at 9:00 a.m. The parties hereby request that the Judgment and Sentencing hearing currently scheduled for June 15, 2018, at 9:00 a.m. be vacated and reset to August 10, 2018, at 9:00 a.m. Defense counsel is requesting that the Judgment and Sentencing hearing be continued to August 10, 2018, at 9:00 a.m. as counsel (Colin Cooper) will be in trial on June 15, 2018 in the case of People v. Kwan Wei Wu, Santa Clara County case number C1496216. The trial is scheduled to start on June 10, 2018 and is expected to last three weeks.

1

The Defendant and the Government consent to the re-setting of the Judgment and Sentencing hearing to August 10, 2018, and the parties represent that good cause exists for continuing the Judgment and Sentencing hearing to August 10, 2018. The parties also agree that the ends of justice are served by granting a continuance.

SO STIPULATED.

Dated: May 9, 2018  _____/s/_____
COLIN L. COOPER
Attorney for SEYYED ALI NOORI

Dated: May 9, 2018  _____/s/_____
TIMOTHY C. FLOWERS
Trial Attorney,
United States Department of Justice

Dated: May 9, 2018  _____/s/_____
AARON COOPER
Trial Attorney,
United States Department of Justice

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-CR-00007-GEB |
| Plaintiff, | [PROPOSED] ORDER |
| vs. |  |
| SEYYED ALI NOORI, |  |
| Defendant. |  |

For the reasons stated above, the Court sets Friday, August 10, 2018, at the hour of 9:00 a.m. as the date for the Judgment and Sentencing hearing.

**IT IS SO ORDERED.**

Dated: May 11, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge