JOHN P. CRONAN
Acting Assistant Attorney General
Criminal Division, Department of Justice
TIMOTHY C. FLOWERS
AARON R. COOPER
Senior Trial Attorneys
Computer Crime and Intellectual Property Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 353-0684
Facsimile: (202) 514-6113

McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-00007-GEB |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| SEYYED ALI NOORI, | |
| Defendant. | |

On June 15, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2323(b), based upon the plea agreement entered into between the United States and defendant Seyyed Ali Noori forfeiting to the United States the following property:

      a. 47 Fox Racing/Monster Energy Headwear Items,
      b. 151 Major League Baseball Ashtrays, Flask Sets, Flasks, Jar Lids, Jars, Sunglasses and Lighters,
      c. 2,127 Major League Baseball/New Era Headwear Items,
      d. 184 Monster Energy Headwear Items,
      e. 1,004 National Basketball Association Ashtrays, Headwear Items, Jar Lids, Jars, Knives, Lighters, Sunglasses and Flasks,

      f.   3,944 National Football League Belts, Decks of Playing Cards, Headwear Items, Jar Lids, Jars, Sunglasses, Sweatshirts, T-shirts, Wallets and Watches,
      g.   170 National Hockey League Headwear Items,
      h.   26 Nike Headwear Items and Sunglasses, and
      i.   78 University of Oregon Headwear Items.

Beginning on June 29, 2018, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2323(b), including all right, title, and interest of Seyyed Ali Noori.

2.   All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.   The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: September 14, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge