UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>SEYYED NOORI,<br><br>  Defendant. | Case No. 16-CR-00007-GEB<br><br>ORDER |

For the reasons stated above, the Court continues Mr. NOORI's surrender date to a date after January 1, 2019.

**IT IS SO ORDERED.**

DATED: November 6, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge